**Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00454-CV

**LAURA JONES, Appellant**

**V.**

**AMH 2015-1 BORROWER LLC, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1131440**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 28, 2019. The clerk's record was filed June 5, 2019. The reporter's record was filed September 24, 2019. No brief was filed.

On December 10, 2019, this court issued an order stating that unless appellant filed a brief on or before January 10, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.